UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH COAST ENTERPRISES, a Washington corporation,<br><br>                     Plaintiff,<br>     v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>                     Defendant. | No. C05-653L<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On February 3, 2006, North Coast Enterprises filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 41). As of this date, a courtesy copy of these documents has not been provided for chambers. North Coast Enterprises is hereby ORDERED to show cause why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 13). North Coast Enterprises shall immediately deliver a paper copy of the documents filed on February 3, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. North Coast Enterprises shall respond to this order to show cause no later than five days from the date of this Order.

DATED this 8th day of February, 2006

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE