**THE HONORABLE ROBERT S. LASNIK**

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTH COAST ENTERPRISES, a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>    Defendant. | NO. C05-653 RSL<br><br>PLAINTIFF NORTH COAST'S RESPONSE TO ORDER TO SHOW CAUSE |

## I.   RESPONSE

Plaintiff North Coast Enterprises ("North Coast") inadvertently failed to submit a courtesy copy of its Motion To Compel filed on February 3, 2006 as required by this Court's rules and procedures. To remedy this issue North Coast has caused a courtesy copy of this motion to be hand delivered by messenger to the Court on February 8, 2006.

//

//

//

PLAINTIFF NORTH COAST'S RESPONSE TO ORDER TO SHOW CAUSE - 1
**[CASE # C05-653 RSL ]**

THE HARPER FIRM, PLLC
City Centre
1420 Fifth Avenue, Suite 2670
Seattle, Washington 98101
Telephone: 206-340-8010

Reply To Order To Show Cause.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

THE HARPER FIRM, PLLC

By: _____
Gregory L. Harper, WSBA #27311
Steven N. Driggers, WSBA #34199
Rebecca S. Sullivan, WSBA #34307
Attorneys for Plaintiff

PLAINTIFF NORTH COAST'S RESPONSE TO ORDER TO SHOW CAUSE - 2
**[CASE # C05-653 RSL ]**

THE HARPER FIRM, PLLC
City Centre
1420 Fifth Avenue, Suite 2670
Seattle, Washington 98101
Telephone: 206-340-8010

Reply To Order To Show Cause.doc

**CERTIFICATE OF SERVICE**

I, <u>Steven N. Driggers</u>, hereby certify that on *Wednesday, February 08, 2006*, I electronically filed the following documents:

- **NORTH COAST'S REPLY TO ORDER TO SHOW CAUSE**

with the Court using the CM/ECF system which will send notification of such filing to the following parties:

jimderrig@erslaw.com

James T. Derrig
Eklund Rockey Stratton
521 Second Avenue West
Seattle, WA 98119-3927

Counsel For St. Paul Fire & Marine Insurance Company

DATED this 8th day of February, 2006.

_____
STEVEN N. DRIGGERS
THE HARPER FIRM, PLLC

CERTIFICATE OF SERVICE - 1

THE HARPER FIRM, PLLC
City Centre
1420 Fifth Avenue, Suite 2670
Seattle, Washington 98101
Telephone: 206-340-8010

Reply To Order To Show Cause.doc