UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH COAST ENTERPRISES, a Washington corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>               Defendant. | No. C05-653L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On February 3, 2006, North Coast Enterprises filed a memorandum with related documents that, taken as a whole, exceeded 50 pages in length (Dkt. # 41). On February 8, 2006, this Court issued an order to show cause why North Coast Enterprises should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 13). North Coast Enterprises subsequently submitted the courtesy copy, and the order to show cause is HEREBY VACATED.

DATED this 9th day of February, 2006

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE