UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH COAST ENTERPRISES, a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>                Defendant. | No. C05-653L<br><br>ORDER TO SHOW CAUSE |

      This matter comes before the Court *sua sponte*. On March 1, 2006, St. Paul Fire and Marine Insurance Company ("St. Paul") filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 41). As of this date, a courtesy copy of these documents has not been provided for chambers.

      St. Paul is hereby ORDERED to show cause within five days of this order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 13). St. Paul shall immediately deliver a paper copy of the documents filed on March 1, 2006, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

1  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar
2  for March 16, 2006.

3

4  DATED this 7th day of March, 2006

5

6  *[signature]*
7  Robert S. Lasnik
   United States District Judge

ORDER TO SHOW CAUSE            -2-