UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH COAST ENTERPRISES, a Washington corporation,<br><br>                        Plaintiff,<br>      v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>                        Defendant. | No. C05-653L<br><br>ORDER VACATING ORDER TO SHOW CAUSE |

      This matter comes before the Court *sua sponte*. On March 1, 2006, St. Paul Fire and Marine Insurance Company ("St. Paul") filed a memorandum with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. # 50, 51). On March 7, 2006, this Court issued an order to show cause, (Dkt. # 55), why St. Paul should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 6) and the "Minute Order Setting Trial & Related Dates" (Dkt. # 13). St. Paul subsequently submitted the courtesy copy, and the order to show cause is HEREBY VACATED.

      DATED this 10th day of March, 2006

                                        /s/ Robert S. Lasnik
                                        Robert S. Lasnik
                                        United States District Judge